**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

FILED
HARRISBURG, PA
2009 APR -3  AM 7:37
CLERK U.S. BANKRUPTCY COURT

April 2, 2009

Clerk, U.S. Bankruptcy Court

RE: Jeffrey & Christine Demshick Sr.
    Bankruptcy Case No     5-05-56816
    Unclaimed Funds For:   Kinston Opthalmology
                           PO Box 742518
                           Cincinnati OH 45274

Dear Clerk:

Enclosed herewith please find check No.738411 for $459.30 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager